FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 1:13MJ 506 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| MICHAEL R. DAVIS, | ) | Court Date: August 19, 2013 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor –2015741)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 13, 2013, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MICHAEL R. DAVIS, did unlawfully drive, or operate, a motor vehicle while license, permit or privilege to drive was suspended or revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301, 1950, as amended)

(COUNT II – Class C Misdemeanor -2015742)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 13, 2013, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MICHAEL R. DAVIS, did unlawfully, knowingly or intentionally fail carry or exhibit a vehicle registration.

(Violation of Title 32, Code of Federal Regulation, Section 634.25(f), adopting Virginia Code, Section 46.2-104, 1950, as amended)

Respectfully Submitted,

Neil H. MacBride
United States Attorney

Jeffrey M. Tharp
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed on this 15th day of August, 2013 to:

Michael R. Davis
7629 Porch Rd.
Warrenton, VA 20187

By: _____
Jeffery M. Tharp
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
jeffrey.tharp@usdoj.gov